United States District Court
Southern District of Texas
**ENTERED**
March 27, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROSALYN SANCHEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-3690 |
| | § | |
| CASEY HANSEN, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

The court held a hearing on March 27, 2017 and heard oral argument from counsel on whether the court had subject-matter jurisdiction. Based on the rulings on the record, this civil action is dismissed without prejudice for lack of subject-matter jurisdiction.

SIGNED on March 27, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge